MARK T. JOHNSON (SBN 76904)
mjohnson@schneiderwallace.com
SCHNEIDER WALLACE COTTRELL
BRAYTON KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105

JAMES C. STURDEVANT (SBN 94551)
jsturdevant@sturdevantlaw.com
THE STURDEVANT LAW FIRM
A Professional Corporation
354 Pine Street, Fourth Floor
San Francisco, CA  94104
Telephone:  (415) 477-2410
Facsimile:   (415) 477-2420

LAW OFFICE OF PAUL ADELMAN
Paul Adelman (Alaska BN 9406021)
(*Pro Hac Vice*)
adelman@alaska.net
425 G St. Ste 910
Anchorage AK  99501-2140
Telephone: (907) 277-5286
Facsimile: (907) 277-5288

Attorneys for Plaintiffs and the Plaintiff Class

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGALY EAGAN and CAROL A. SPINNER, individually and on behalf of all other similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>AXA EQUITABLE LIFE INSURANCE COMPANY and Does 1-10,<br><br>Defendant. | CASE NO. CV 06-7637 DSF (JTLx)<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:    June 6, 2011<br>Time:   1:30 p.m.<br>Dept:    840<br>Judge:   The Honorable Dale S. Fischer |

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

Please take notice that on June 6, 2011 at 1:30 p.m., or as soon thereafter as the matter may be heard, before the Honorable Dale S. Fischer in Courtroom 840 of the United States District Court for the Central District of California, Western Division, Edward R. Roybal Federal Building and Courthouse, 255 East Temple Street, Los Angeles, CA 90012, Plaintiffs Magaly Eagan, Carol A. Spinner, and Evans Walker, on behalf of themselves and all those similarly situated, will respectfully move this Court for an order of final approval of the Class Action settlement.

Plaintiffs make this motion pursuant to Federal Rules of Civil Procedure, rules 23(h) and 54(d)(2).

This Motion will be based on this Notice, Plaintiffs' Memorandum of Points and Authorities in Support of Motion for Final Approval of Class Action Settlement, and Supplemental Declaration of James C. Sturdevant In Support thereof, filed herewith; the Court's file in this action, and such other argument or evidence as may be presented at the hearing on the motion. This motion is made following the conference of counsel pursuant to Local Rule 7-3.

DATED: May 25, 2011                THE STURDEVANT LAW FIRM

                                   SCHNEIDER WALLACE BRAYTON
                                   COTTRELL KONECKY LLP

                                   LAW OFFICE OF PAUL ADELMAN


                                   By: */s/ James C. Sturdevant*
                                        James C. Sturdevant
                                        Attorneys for Plaintiffs

---

PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT; CASE NO. CV 06-7637 DSF (JTLX)

1