MARK T. JOHNSON (SBN 76904)
*mjohnson@schneiderwallace.com*
SCHNEIDER WALLACE COTTRELL
 BRAYTON KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone: (415)421-7100
Facsimile: (415)421-7105

JAMES C. STURDEVANT (SBN 94551)
*jsturdevant@sturdevantlaw.com*
THE STURDEVANT LAW FIRM
A Professional Corporation
354 Pine Street, Fourth Floor
San Francisco, CA 94104
Telephone: (415) 477-2410
Facsimile: (415) 477-2420

LAW OFFICE OF PAUL ADELMAN
Paul Adelman (Alaska BN 9406021)
(*Pro Hac Vice*)
*adelman@alaska.net*
425 G St. Ste 910
Anchorage AK 99501-2140
Telephone: (907) 277-5286
Facsimile: (907) 277-5288

Attorneys for Plaintiffs and the Plaintiff Class

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAGALY EAGAN, CAROL A. SPINNER and EVANS WALKER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AXA EQUITABLE LIFE INSURANCE COMPANY, et al.,<br><br>Defendant. | CASE NO. CV 06-7637-DSF (JTLx)<br><br>**CLASS ACTION**<br><br>**SUPPLEMENTAL DECLARATION OF JAMES C. STURDEVANT IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br>Date:   June 6, 2011   Time: 1:30 p.m.<br>Dept:   840<br>Judge:  The Honorable Dale S. Fischer |

I, JAMES C. STURDEVANT, declare as follows:

1. I am an attorney admitted to practice in the State of California and am a member of the Bar of this Court. My firm and I are co-lead counsel for Plaintiff and the certified class in this action. I make this Declaration of my own personal knowledge, and if called as a witness, I would and could testify competently to the matters stated herein.

2. Since the time of filing of the **Declaration of James C. Sturdevant Regarding Timely Requests for Exclusion and Objections** on April 8, 2011, there has been one further request for exclusion and no objections submitted by settlement class members.

3. Attached hereto as Exhibit A is a true and correct copy of the one timely request for exclusion, not timely rescinded, from Mark Schwartz.

4. Attached here to as Exhibit B is a true and correct copy of a letter Defendant's counsel received from class member Gladys Samuels. It is neither an objection nor opt-out. Ms. Samuels poses several questions to class counsel in which she appears to be requesting a beneficiary election related to her settlement payment, which is not permitted under the settlement agreement. Ms. Samuels, who is 90 years old, provided the name and address of her daughter and asked whether her grandchildren were considered "dependents" under the terms of the settlement. I have written Ms. Samuels a letter in response acknowledging her letter, the information she provided and informing her that her grandchildren are not considered "dependents" under the terms of the settlement.

I declare the foregoing is true and correct under penalty of perjury under the laws of the State of California.

Executed this 25th day of May, 2011 in San Francisco, California.

*/s/ James C. Sturdevant*
James C. Sturdevant

---

1
SUPPLEMENTAL DECLARATION OF JAMES C. STURDEVANT IN  CASE NO. CV-06-7637-DSF (JTLx)
SUPPORT OF FINAL APPROVAL OF CLASS ACTION SETTLEMENT

# EXHIBIT A

I wish to exclude myself from the settlement in Eagan v. AXA Equitable Case No. 06-7637 DSF

Mark Schwartz
2127 Olympic Parkway
suite 1006 #325
Chula Vista Ca. 91915
619-754-6825

*[signature]*   MAY 13, 2011

# EXHIBIT B

Ms. Gladys Samuels
115 Krumkill Rd. Apt. 1006
Albany, NY 12208

*Inveler recd the first notice /*

3/28/11

EAGAN V. AXA EQUITABLE LIFE INSURANCE COMPANY    CASE NO. 06-7637 DSF
JUDGE: HONORABLE DALE S. FISCHER

DEAR SIRS: I'm NOT SURE ~~SHE IS A~~ THEY ARE DEPENDENTS; I'm 90 AND IF I DIE SEND ANY MONEY TO:

DAUGHTER
DEBRA SAMUELS
6 CEDAR ST.
CATSKILL NY, 12414
(1-347 or 518)
943-9317

DAUGHTER
HELEN SAMUELS
4 STONEHENGE LN
APT 11-C
ALBANY NY 12203
(489-0505)

*is there anything else you need from me?*

MY ADDRESS IS: 15 KRUMKILL RD
ALBANY NY 12208-1255

I HAVE TWO GRANDCHILDREN IN CALIFORNIA. ARE THEY DEPENDENTS;

Gladys Samuels

GLADYS SAMUELS