**JS 6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGALY EAGAN, CAROL A. SPINNER and EVANS WALKER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AXA EQUITABLE LIFE INSURANCE COMPANY, et al.,<br><br>Defendant. | NO. CV 06-7637-DSF (JTLx)<br><br>**JUDGMENT** |

| | |
|---|---|
| 1 | The Court having entered on June 6, 2011 its Order finally approving the class action settlement ("Settlement") in the above-captioned action and dismissing the action with prejudice ("Order"), and good cause appearing, Judgment pursuant to the Order is hereby rendered as follows: |

The Court having entered on June 6, 2011 its Order finally approving the class action settlement ("Settlement") in the above-captioned action and dismissing the action with prejudice ("Order"), and good cause appearing, Judgment pursuant to the Order is hereby rendered as follows:

IT IS HEREBY ADJUDGED AND DECREED that:

1. The operative second amended complaint in this action is dismissed in its entirety and with prejudice;
2. Attorney's fees and costs are awarded to class counsel in the amount of $1.7 million;
3. An incentive payment is awarded to Plaintiff Eagan in the amount of $10,000.
4. An incentive payment is awarded to Plaintiff Spinner in the amount of $10,000.
5. An incentive payment is awarded to Plaintiff Walker in the amount of $3,500.
6. The Court shall retain jurisdiction to enforce the Settlement.

**IT IS SO ORDERED.**
**6/15/11**

DATED: _____

_Dale S. Fischer_
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE